UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| ALAN CLYDE STEELE, | ) | Civ. 06-5087-AWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| MEADE COUNTY JAIL OFFICIALS; | ) | |
| CITY OF STURGIS; | ) | |
| MEADE COUNTY SHERIFF'S | ) | |
| DEPARTMENT; | ) | |
| DR. SEANN M. ATKINSON; | ) | |
| OFFICER DREW GROTTI; | ) | |
| TOM WILTS, Jail Administrator; | ) | |
| JERRY PRICE; | ) | |
| LAURINDA HATHORN | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's order granting summary judgment on behalf of some Defendants, Docket 136, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants Meade County Jail Officials, Meade County Sheriff's Department, Tom Wilts, Jerry Price, and Laurinda Hathorn, and against Plaintiff.

Dated June 24, 2008.

BY THE COURT:

/s/ *Andrew W. Bogue*
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE