UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| ALAN CLYDE STEELE, | ) | Civ. 06-5087-AWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| MEADE COUNTY JAIL OFFICIALS; | ) | |
| CITY OF STURGIS; | ) | |
| MEADE COUNTY SHERIFF'S | ) | |
| DEPARTMENT; | ) | |
| DR. SEANN M. ATKINSON; | ) | |
| OFFICER DREW GROTTI; | ) | |
| TOM WILTS, Jail Administrator; | ) | |
| JERRY PRICE; | ) | |
| LAURINDA HATHORN | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's order granting summary judgment on behalf of some Defendants, Docket 141, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants City of Sturgis and Officer Drew Grotti, and against Plaintiff.

Dated June 24, 2008.


BY THE COURT:

/s/ *Andrew W. Bogue*

ANDREW W. BOGUE
SENIOR DISTRICT JUDGE